UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DEARIEUS DUHEART,                    CIVIL DOCKET NO. 1:21-CV-00647-P
Plaintiff

VERSUS                               JUDGE DAVID C. JOSEPH

WARDEN MERRENDINO,                   MAGISTRATE JUDGE JOSEPH H.L.
Defendant                            PEREZ-MONTES

<u>J U D G M E N T</u>

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 7], after a *de novo* review of the record, noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED that the Plaintiff's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on this 6th day of July 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE